Matter of Wayne County Support Collection Unit v Williams (2022 NY Slip Op 02745)

Matter of Wayne County Support Collection Unit v Williams

2022 NY Slip Op 02745

Decided on April 22, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 22, 2022

PRESENT: WHALEN, P.J., SMITH, LINDLEY, AND CURRAN, JJ. (Filed Apr. 22, 2022.) 

MOTION NO. (965/21) CAF 19-01349.

[*1]IN THE MATTER OF WAYNE COUNTY SUPPORT COLLECTION UNIT, ON BEHALF OF LAURIE FABI, PETITIONER-RESPONDENT, 
v
JEFFREY WILLIAMS, SR., RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.